IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ABIODUN SOWEMIMO,

    Plaintiff,

-vs-                              No. 01-CV-255-DRH

ROGER COWAN, EUGENE
McADORY, GARY A. KNOP,
NANCY S. TUCKER, DONALD
SNYDER, JOE HARPER,
MICHAEL L. NESBITT, MR. ALISON,
D. HASEMYER, CAPTAIN STANLEY,
and C/O WHITTENBURG,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on Reports and Recommendations by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that the reports are **ADOPTED** in their entirety. Verdicts and judgments are entered in favor of Defendants **ROGER COWAN, EUGENE McADORY, NANCY S. TUCKER**, **JOE HARPER, MR. ALISON, D. HASEMYER, CAPTAIN STANLEY** and **C/O WHITTENBURG** and against Plaintiff **ABIODUN SOWEMIMO**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Knop and Snyder's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of Defendants **GARY A. KNOP** and **DONALD SYNDER** and against Plaintiff **ABIODUN SOWEMIMO**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment is **GRANTED**.  Judgment is entered in favor of Plaintiff **ABIODUN SOWEMIMO** and against Defendant **MICHAEL L. NESBITT** in the sum of $1.00.-------------------------------------

                                                             **NORBERT G. JAWORSKI, CLERK**

November 17, 2005                                    BY: s/Patricia Brown
                                                                 Deputy Clerk

APPROVED:/s/       David RHerndon
                     **U.S. DISTRICT JUDGE**